STATE OF ILLINOIS

IN THE CIRCUIT CLERK OF THE ELEVENTH JUDICIAL

COUNTY OF MCLEAN

FILED
11/14/2019 4:21 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

| | | |
|---|---|---|
| CHARLES MOJAPELO, | ) | |
| v | ) | Case No.  2019L0000159 |
| WAL-MART STORES, INC., | ) | |

Plaintiff, Charles Mojapelo, in his personal capacity, demands damages from the Defendant, Walmart, and in support thereof states as follows:

### PARTIES

1. That the Plaintiff is an adult citizen of the State of Illinois and a resident of the Mclean County.
2. That the Defendant, Walmart Inc, hereinafter referred to as "Defendant", is a corporation doing business in Illinois.

### JURISDICTION

3. The jurisdiction of the Court is invoked as the events leading up to this lawsuit took place in Mclean County which is the area under the jurisdiction of the Court.

### FACTS

4. On or about November 14, 2017, at approximately around 2 or 3 in the morning, Plaintiff was at the Walmart, Inc store located at 300 Greenbriar Drive in Normal, IL.
5. Plaintiff, slipped in the self-check-out area on a wet floor and hit hard with his head the edge of a candy stand which was positioned in a dangerous manner with their sharp edges poising danger to the customers.
6. Solely as a result of the failure of the Defendant to make sure that the floor is not wet and does not pose danger to customers, Plaintiff sustained serious and severe injuries to his person, including, but not limited to, the following injuries: head injuries, concussion, contusion, continuing headaches, insomnia, dizziness, anxiety, blurred vision, loss of balance, weakness, post-traumatic stress.
7. Solely as result of the injuries, aforementioned, the Plaintiff has incurred damages and will continue to incur damages, including:
   (a) Past Medical Expenses
   (b) Future Medical Expenses
   (c) Past Medical Expenses
   (d) Past Loss of Income
   (e) Future Loss of Income
   (f) Lifestyle Impact
   (g) Pain and Suffering

(h) The overall health, strength, and vitality have been greatly impaired.

**NEGLIGENCE OF THE DEFENDANT**

8. The Plaintiff incorporates herein by reference hereto the allegations of paragraphs 1 through 7 above.
9. The aforesaid incident occurred as result of and was the proximate cause of the carelessness, negligence, gross carelessness, and reckless conduct of the Defendant.
10. As a result of the aforesaid conduct and breach of care of the Defendant, Plaintiff sustained the injuries, losses, and damages described above, without any negligence of the Plaintiff contributing thereto.

WHEREFORE, Plaintiff demands judgement against the Defendant of an amount in excess of $75,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgement interest, and for any further relief that this Honorable Court deems appropriate.

**JURY DEMAND**

Plaintiff hereby requests and demands a trial by a jury.

Respectfully Submitted,

Charles Mojapelo
Plaintiff, Pro Se

Dated: November 13, 2019

2